OSCN Found Document:STATE OF OKLAHOMA ex rel OBA v. KEITH

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 STATE OF OKLAHOMA ex rel OBA v. KEITH
2025 OK 53
Case Number: SCBD-7939
Decided: 09/08/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 53, __ P.3d __

 

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

STATE OF OKLAHOMA ex rel., OKLAHOMA BAR ASSOCIATION, Complainant,
v.
Ryan Alexander Keith, Respondent.

ORDER OF INTERIM SUSPENSION

The Oklahoma Bar Association ("OBA"), in compliance with Rules 7.1 and 7.2 of the Rules Governing Disciplinary Proceedings ("RGDP"), has forwarded to this Court certified copies of the Information, Record of Plea, Order of the Court -- Initial Rule 8 Hearing -- Amended Misdemeanor, Threatening A Violent Act, and Order of Deferred Sentence from the following matter in Tulsa County, Oklahoma: State of Oklahoma v. Ryan Alexander Keith, Case No. CF-2024-1951. Respondent pled No Contest to the charge of Threatening A Violent Act. The court sentenced Respondent to a three-year deferred sentence.

Rule 7.3 of the RGDP provides: "Upon receipt of the certified copies of Judgment and Sentence on a plea of guilty, order deferring judgment and sentence, indictment or information and the judgment and sentence, the Supreme Court may by order immediately suspend the lawyer from the practice of law until further order of the Court." Having received certified copies of these papers and orders, this Court orders that Ryan Alexander Keith is immediately suspended from the practice of law pending further order from this Court.

Under Rule 7.4, RGDP, this Court "may order the lawyer . . . to show cause in writing why a final order of discipline should not be made. The written return of the lawyer shall be verified and expressly state whether a hearing is desired. The lawyer may in the interest of explaining conduct or by way of mitigating the discipline to be imposed upon him, submit a brief and/or any evidence tending to mitigate the severity of discipline." Rule 7.4, RGDP. Pursuant to Rule 7.4, Ryan Alexander Keith has until September 22, 2025, to show cause in writing why a final order of discipline should not be imposed, to request a hearing, or to file a brief and any evidence tending to mitigate the severity of discipline. The OBA has until October 6, 2025, to respond.

DONE BY ORDER OF THE SUPREME COURT THIS 8th DAY OF SEPTEMBER 2025.

/s/________________________________
CHIEF JUSTICE

 
 
 
 
 
 
 
 
 
 The Oklahoma Supreme Court
 2100 N. Lincoln Blvd., Suite 1
 Oklahoma City, OK 73105